**JS-6**

# United States District Court
# Central District of California

BLANCA ALVILLAR MAMLOUK,

    Plaintiff,

  v.

SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC.

    Defendant.

Case №. 5:19-cv-00613-ODW (SHKx)

**JUDGMENT IN FAVOR OF DEFENDANT**

# **JUDGMENT**

In light of the Court's Orders granting Defendant's motion for judgment on the pleadings (ECF No. 24) without leave to amend.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. All of Mamlouck cause of actions against Defendant are **DISMISSED WITH PREJUDICE**
2. Plaintiff shall recover nothing from Defendant;
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 16, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**